```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAVRIEL WEBER,

                Plaintiff,

    - against -

I.C. SYSTEM, INC.,

                Defendant.

---

22 Civ. 2176 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2022.

SO ORDERED.

Dated:    New York, New York
           March 24, 2022

                                              _____
                                              John G. Koeltl
                                        United States District Judge