**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――

**GAVRIEL WEBER,**

              **Plaintiff,**

      **- against –**

**I.C. SYSTEM, INC.,**

              **Defendant.**
―――――――――――――――――――――――――――――

            **22-cv-2176 (JGK)**

            <u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The defendant should provide the court with courtesy copies of the pending motion to certify class.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 31, 2022**

                         **_____/s/ John G. Koeltl_____**
                              **John G. Koeltl**
                   **United States District Judge**