```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GAVRIEL WEBER,

       Plaintiff,    22-cv-2176 (JGK)

  - against -        ORDER

I.C. SYSTEM, INC.,

       Defendant.

JOHN G. KOELTL, District Judge:

  The parties are directed to appear, by phone, on **Monday, February 6, 2023 at 11:00 AM** for oral argument in connection with the motion for class certification.

  Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:  New York, New York
     January 27, 2023

              _____
                John G. Koeltl
              United States District Judge