UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAVRIEL WEBER,

                Plaintiff,

- against -

I.C. SYSTEM, INC.,

                Defendant.

22-cv-2176 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    For the reasons stated at today's telephone conference, the plaintiff's motion for class certification, ECF No. 12, is **denied without prejudice**. Each party is directed to submit by **February 24, 2023**, a supplemental memorandum of law, not to exceed 8 pages, addressing whether the named plaintiff has Article III standing.

    In lieu of the February 24, 2023 position papers, the plaintiff may file a motion to remand and the defendant may file a motion to dismiss for lack of subject-matter jurisdiction (standing) if either party believes such a motion is warranted. The parties are encouraged to confer on these issues.

    The Clerk of Court is respectfully directed to close ECF No. 12.

**SO ORDERED.**

Dated:    New York, New York
            February 6, 2023

                                    /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge